COPE et al. v. WILES et al.

No. 10220—Opinion Filed July 12, 1921.

(Syllabus.)

Appeal and Error — Failure to File Brief —Dismissal.

When a case is pending in this court and is set for hearing on the regular printed docket and the plaintiff in error fails to

file brief in compliance with rule No. 7 of this court (47 Okla. vi), under said rule this court may exercise its discretion and dismiss the appeal for failure to file brief.

Error from District Court, Beaver County; John A. Spohn, County Judge.

Action by Bernardine S. Wiles and another against Clifton C. Cope and another to obtain an injunction. Temporary injunction granted against defendants. Defendants appeal. Appeal dismissed for failure to file brief.

Stacy Wells and D. W. Buckner, for plaintiffs in error.

Loofbourrow & Rizley and Dickson & Dickson, for defendants in error.

MILLER, J. This action was commenced in the district court of Beaver county by Bernardine S. Wiles and Ray Over against Clifton C. Cope and D. W. Buckner to obtain an injunction against the defendants from interfering with plaintiffs' possession to a tract of about four thousand (4,000) acres of pasture land situated in the eastern part of Beaver county, and to prevent the defendants from interfering with plaintiffs' cattle grazing upon said lands.

In the absence from the county of the duly elected and qualified acting district judge of said district court of Beaver county, John A. Spohn, the duly elected and qualified county judge of said county, issued a temporary injunction. Some other proceedings were had before the county judge, from all of which the defendants appealed and appear here as plaintiffs in error.

This cause was regularly assigned for submission on June 14, 1921, on the printed docket of this court. The plaintiffs in error have not filed any brief. No showing is made nor reason given why briefs have not been filed in compliance with rule 7 of this court (47 Okla. vi). In re Seizure One Chevrolet Baby Grand Auto v. State of Oklahoma, 82 Okla. 202, 200 Pac. 144.

This appeal is hereby dismissed, for failure of plaintiffs in error to file briefs.

PITCHFORD, V. C. J., and KANE, JOHNSON, and KENNAMER, JJ., concur.